AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| 1. Colony Insurance Company | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 16-cv-63-GKF-TLW |
| 1. Jane Properties, LLC | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jane Properties, LLC
P.O. Box 4492
Tulsa, OK 74159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
C. William Threlkeld
Fenton Fenton Smith Reneau & Moon
211 N. Robinson, Suite 800N
Oklahoma City, OK 73102
(405) 235-4671
cwthrelkeld@fentonlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi
CLERK OF COURT

Date: FEB 03 2016    _____
*Signature of Clerk or Deputy Clerk*

*mailed to counsel*